IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : : CIVIL ACTION FILE NO. 21-cv-5079 : |
| Plaintiff, | : : |
| v. | : : |
| AUTO PROTECHT LLC d/b/a PAYLESS REPAIR BILLS, | : : : |
| Defendant. | : : |

## PLAINTIFF'S NOTICE OF DISMISSAL

The plaintiff George Moore files Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

**/s/ *Anthony I. Paronich***
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

Dated: October 18, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed through the Court's CM/ECF system on October 18, 2021.

**/s/ *Anthony I. Paronich***
Anthony I. Paronich