# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

George Moore

               Plaintiff,

v.

Auto Protecht LLC

               Defendant.

Case No.: 1:21–cv–05079
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 19, 2021:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to the Notice of Voluntary Dismissal [4], this case is dismissed without prejudice. The joint initial status report deadline of 12/08/2021 is stricken. This civil case is terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.